IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEREMY SUKALEC and DAVID SUKALEC, Co-Personal Representatives of the Estate of LAWRENCE SUKALEC, | ) ) ) ) | 8:05CV23 |
| Plaintiffs, | ) ) | |
| | ) | REASSIGNMENT ORDER |
| v. | ) ) | |
| STRUCTURAL SYSTEMS TECHNOLOGY, INC., and DUHAMEL BROADCASTING ENTERPRISES, INC., | ) ) ) ) | |
| Defendants. | ) | |

This matter is before this court sua sponte. This court believes that this case is related to Case No. *8:03CV47 Duhamel Broadcasting v. Structural Systems, Inc.* Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Joseph F. Bataillon for disposition and to Magistrate Judge Thomas D. Thalken for judicial supervision and pretrial matters. The scheduling conference scheduled before District Judge Lyle E. Strom on July 8, 2005, is canceled and will be rescheduled by Magistrate Judge Thalken.

DATED this 8th day of June, 2005.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge