## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA SHURTZ and IRA GOFF, | ) | |
| Co-Administrators of the Estate | ) | |
| of DANIEL GOFF, | ) | |
| | ) | **8:05CV22** |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| STRUCTURAL SYSTEMS TECHNOLOGY, | ) | |
| INC., and DUHAMEL BROADCASTING | ) | |
| ENTERPRISES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————— | ) | |
| JEREMY SUKALEC and DAVID SUKALEC, | ) | |
| Co-Personal Representatives of the Estate | ) | |
| of LAWRENCE SUKALEC, | ) | |
| | ) | **8:05CV23** |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| STRUCTURAL SYSTEMS TECHNOLOGY, | ) | |
| INC., and DUHAMEL BROADCASTING | ) | |
| ENTERPRISES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the reassignment orders of Chief Judge Joseph F. Bataillion (Filing No. 24 in Case No. 8:05CV22 and Filing No. 19 in Case No. 8:05CV23) and the order of Senior Judge Lyle E. Strom consolidating these cases for discovery (Filing No. 15 in Case No. 8:05CV23).

**IT IS ORDERED:**

A **telephone** conference with the undersigned magistrate judge will be held on **July 8, 2005** at **2:00 p.m. Central Daylight Time** for the purpose of reviewing the preparation of these cases to date and the scheduling of the cases to trial.  Plaintiffs' counsel shall initiate the telephone conference.

DATED this 9th day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge