## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA SHURTZ and IRA GOFF,<br>Co-Administrators of the Estate<br>of DANIEL GOFF, | ) <br> ) <br> ) <br> ) | |
| | ) | 8:05CV22 |
| Plaintiffs, | ) <br> ) | |
| vs. | ) <br> ) | ORDER |
| STRUCTURAL SYSTEMS TECHNOLOGY,<br>INC., and DUHAMEL BROADCASTING<br>ENTERPRISES, INC., | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) <br> ) | |
| JEREMY SUKALEC and DAVID SUKALEC,<br>Co-Personal Representatives of the Estate<br>of LAWRENCE SUKALEC, | ) <br> ) <br> ) | |
| | ) | 8:05CV23 |
| Plaintiffs, | ) <br> ) | |
| vs. | ) <br> ) | ORDER |
| STRUCTURAL SYSTEMS TECHNOLOGY,<br>INC., and DUHAMEL BROADCASTING<br>ENTERPRISES, INC., | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

Upon the oral request of counsel for the parties the **pretrial conference** previously scheduled for May 15, 2006, at 10:00 a.m. is hereby **rescheduled to May 25, 2006, at 1:00 p.m.**

**IT IS FURTHER ORDERED:**

1.    Pursuant to Fed. R. Civ. P. 26(a)(3), each party shall provide to all other parties the following information regarding the evidence that it may present at trial other than solely for impeachment purposes as soon as practicable **but not later than the date specified**:

**A.** **Deposition Testimony and Discovery - On or before May 15, 2006:** 1) The portions of each deposition, designated by page and line, that it intends to offer and 2) each discovery response of another party it intends to offer.  Such designations and any objections thereto shall also be included in the final pretrial conference order. **See** NECivR 16.2.

**B.** **Trial Exhibits - On or before May 15, 2006:** A list of all exhibits it expects to offer by providing a numbered listing and permitting examination of such exhibits.  The parties shall also designate on the list those exhibits it may offer only if the need arises.

DATED this 28th day of April, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge