IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA SHURTZ, and IRA GOFF, co-administrators of the Estate of DANIEL GOFF,<br><br>Plaintiffs,<br><br>v.<br><br>STRUCTURAL SYSTEMS TECHNOLOGY, and DUHAMEL BROADCASTING ENTERPRISES,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 8:05CV22 |
| JEREMY SUKALEC, and DAVID SUKALEC, co-personal representatives of the Estate of Lawrence Sukalec,<br><br>Plaintiffs,<br><br>v.<br><br>STRUCTURAL SYSTEMS TECHNOLOGY, and DUHAMEL BROADCASTING ENTERPRISES,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 8:05CV23<br><br>ORDER |

This matter is before the court on plaintiffs' motions to dismiss with prejudice, Filing No. 64 in 8:05CV22 and Filing No. 50 in 8:05CV23. Plaintiffs have shown that the parties have entered into a settlement agreement that resolves all issues herein. Accordingly,

IT IS ORDERED that:

1. Plaintiffs' motions to dismiss with prejudice (Filing No. 64 in 8:05CV22 and Filing No. 50 in 8:05CV23) are granted;

2.     These actions are dismissed with prejudice, each party to pay their own costs.

DATED this 13th day of July, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge